IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| TOWN OF STURBRIDGE,<br><br>                     Plaintiff,<br>v.<br><br>MOBIL OIL CORPORATION,<br>ATLANTIC RICHFIELD COMPANY,<br>and SHELL OIL PRODUCTS COMPANY,<br><br>                     Defendants. | CIVIL ACTION NO. 01-40019NMG |

## STIPULATION OF DISMISSAL OF
## PLAINTIFF'S CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Town of Sturbridge ("Sturbridge") and Defendants Exxon Mobil Corporation, successor in interest to Mobil Oil Corporation ("Mobil"), Atlantic Richfield Company ("Arco") and Shell Oil Products Company ("Shell"), being parties to this Action, hereby stipulate and agree to the dismissal of all claims and causes of action in the captioned matter of Sturbridge against Mobil, Arco and Shell, with prejudice, without costs and with all rights of appeal waived.

This Stipulation of Dismissal does not impact the pending Crossclaims of the Defendants.

| | |
|---|---|
| **TOWN OF STURBRIDGE** | **ATLANTIC RICHFIELD COMPANY** |
| By its attorneys, | By its attorneys, |
| **KOPELMAN AND PAIGE, P.C.** | **NUTTER, McLENNEN & FISH, LLP** |
| /s/ Jonathan M. Silverstein | /s/ Stephen J. Brake (by MCB) |
| Jonathan M. Silverstein (BBO# 630431) | Stephen J. Brake (BBO# 546972) |
| John J. Goldrosen (BBO# 634434) | Michelle M. Sheridan (BBO# 643480) |
| 31 St. James Avenue | One International Place |
| Boston, MA 02116 | Boston, MA 02110-2699 |
| (617) 556-0007 | (617) 439-2000 |

| | |
|---|---|
| **SHELL OIL PRODUCTS COMPANY** | **EXXON MOBIL CORPORATION** |
| By its attorneys, | By its attorneys, |
| **REGNANTE, STERIO & OSBORNE, LLP** | **HOLLAND & KNIGHT LLP** |
| /s/ Michael P. Murphy (by MCB) | /s/ Matthew C. Bouchard |
| Michael P. Murphy (BBO# 554224) | Ralph T. Lepore, III (BBO# 294420) |
| Edgewater Office Park | Deborah E. Barnard (BBO# 550654) |
| 401 Edgewater Place, Suite 630 | Matthew C. Bouchard (BBO# 651490) |
| Wakefield, MA 01880-6210 | 10 St. James Avenue |
| (781) 246-2525 | Boston, MA 02116 |
| | (617) 523-2700 |

Dated: October 23, 2003

# 530879_v2
025813-00143